16 F.3d 1217
 U.S.
v.
Investment Enterprises, Inc., d/b/a Great Western Litho &
Bindery, Browning (Donald P.), California Publishers
Liquidating Corporation, Warner (Michael), Video Team, Inc.,
Colvin (Susan C.); U.S. v. California Publishers Liquidating
Corp., Video Team, Inc., Browning (Donald P.), Warner (Michael)
 NOS. 91-7134, 91-7266
 United States Court of Appeals,
Fifth Circuit.
 Feb 16, 1994
 N.D.Tex., 10 F.3d 263
 
 1
 DENIALS OF REHEARING EN BANC.